**Denied and Opinion Filed February 2, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00046-CV

### IN RE MICHAEL C. WADE, Relator

**Original Proceeding from the 397th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. 051329**

## MEMORANDUM OPINION
Before Justices Bridges, Fillmore, and Schenck
Opinion by Justice Bridges

Before the Court is relator's January 12, 2017 petition for writ of mandamus. Relator's

petition does not include any appendix materials and is not certified as required by rule 52.3.

TEX. R. APP. P. 52.3(j); TEX. R. APP. P. 52.3(k)(1)(a) (appendix must contain certified or sworn

copy of order complained of, or any other document showing the matter complained of); TEX. R.

APP. P. 52.7(a) (relator must file with petition certified or sworn copy of every document

material to relator's claim for relief). It is relator's burden to provide the court with a record

sufficient to establish his right to relief. *Walker v. Packer*, 827 S.W.2d 833, 837 (Tex.1992);

TEX. R. APP. P. 52.3(k), 52.7(a). He has not done so here. Accordingly, we deny relator's

January 12, 2017 petition for writ of mandamus.

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE

170046F.P05